# Exhibit 4

## DECLARATION OF FANGFANG SONG

I, Fangfang Song, hereby declare as follows:

1. My name is Fangfang Song. I am the owner of GUOJIJUYE Co., Ltd. ("GUOJIJUYE") on Walmart.com e-commerce platform. I am over eighteen years of age, and I make this declaration based on my own knowledge.

2. I have reviewed Plaintiff's Complaint and other supporting documents. I understand that GUOJIJUYE is being accused of selling infringing products.

3. GUOJIJUYE is a Chinese entity incorporated in Zhengzhou, China, and operates solely from China. It has never owned, leased, used, or possessed any real property in Illinois, and has not been subject to the Illinois tax jurisdiction.

4. Additionally, GUOJIJUYE has no office, employees, or agents in Illinois. It has not engaged in advertising, marketing, or held any telephone lines or listings in Illinois. It does not maintain any bank accounts or warehouse inventory in Illinois and has never used an internet service provider from Illinois.

5. After a diligent search of the sales records, it is confirmed that GUOJIJUYE has never sold or shipped any accused products to Illinois.

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to my best knowledge.

Date: November 28, 2024　　　　　　　　Signed by: _Fangfang Song_
　　　　　　　　　　　　　　　　　　　　　　　　　Fangfang Song