# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HALLMARK LICENSING, LLC,<br><br>                        Plaintiff,<br><br>     v.<br><br>HANGZHOU ULTRON DIGITAL & TECHNOLOGY CO., LTD., et al.,<br><br>                        Defendants. | Case No. 24-cv-11002<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Beth W. Jantz** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hallmark Licensing, LLC ("Plaintiff") and Defendant MINGKU Co.,Ltd (Def No. 68) ("Defendant") hereby stipulate to dismiss this action, with prejudice, including all claims stated herein against Defendants. Each party will bear their own costs and attorneys' fees.

Dated this 18th day of March 2025.    Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Jennifer V. Nacht
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jnacht@gbc.law

*Counsel for Plaintiff Hallmark Licensing, LLC*

/s/ He Cheng
He Cheng
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495

*Attorney for Defendant MINGKU Co.,Ltd*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically notify all counsel of record.

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Jennifer V. Nacht
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jnacht@gbc.law

*Counsel for Plaintiff Hallmark Licensing, LLC*
